# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALBERTO PERALES,<br><br>  Petitioner,<br><br>  v.<br><br>DAVE DAVEY,<br><br>  Respondent. | Case No. 1:16-cv-00019-AWI-SAB-HC<br><br>ORDER RE: CASE STATUS<br><br>(ECF No. 19) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 26, 2016, Petitioner filed a request for notice of case development and time extension if appropriate. (ECF No. 19). The Court notes that Respondent's answer was filed on March 30, 2016, and this matter was deemed submitted on April 29, 2016. The Court is aware of the pendency of this case and will review this matter in due course.  There are no other pending deadlines at this time.  There are hundreds of prisoner civil rights cases presently pending before the Court, and delays are inevitable despite the Court's best efforts.  Due to these heavy caseloads, the Court will not respond to further requests regarding the status of the case.

IT IS SO ORDERED.

Dated:   **June 2, 2016**

UNITED STATES MAGISTRATE JUDGE

1